IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN CHARLES-KENDALL, individually and on behalf of all others similarly situated | ) ) ) ) ) |
| Plaintiff, | ) Case 1:14-cv-09208 ) ) Honorable Charles R. Norgle, Sr. |
| v. | ) ) |
| LTD FINANCIAL SERVICES, L.P., | ) ) |
| Defendants. | ) |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant LTD Financial Services, L.P., by its undersigned counsel, moves for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

1. In support, defendant submits the attached memorandum of law filed contemporaneously with this motion.

WHEREFORE, Defendant LTD FINANCIAL SERVICES, L.P., respectfully requests that this Court enter an order granting judgment in favor of the defendant and dismissing plaintiff's complaint *with prejudice,* and grant such other and further relief as the Court deems appropriate and just.

Respectfully submitted:

LTD Financial Services, L.P.

By:   /s/Pete E. Pederson
One of its attorneys

David M. Schultz
Peter E. Pederson
Jason L. Santos
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300

131030539v1 0966285

Chicago, Illinois  60601
(312) 704-3000 Phone
(312) 704-3001 Fax
dschultz@hinshawlaw.com
ppederson@hinshawlaw.com
jsantos@hinshawlaw.com

# CERTIFICATE OF SERVICE

  I hereby certify that on April 6, 2015, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record:

               By: /s/Pete E. Pederson
               Pete E. Pederson
               HINSHAW & CULBERTSON LLP
               222 North LaSalle, Suite 300
               Chicago, IL 60601-1081
               tel: 312-704-3000
               fax: 312-704-3001
               ppederson@hinshawlaw.com